IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES GARLESKY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAWLEY & BERGMANN, L.L.P. | : | |
| | : | NO. 11-6771 |

**FILED**
APR 3 0 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW,** this 30th day of April, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of the parties.

AND accordingly, all pending motions are dismissed as **MOOT**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.